## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03381-RPM-MEH

SHELLY TACKWELL,

       Plaintiff,

v.

ARS NATIONAL SERVICES, INC., a California corporation, d/b/a Associated Recovery Systems,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

       THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

       BY THE COURT:

February 28, 2012       s/Richard P. Matsch
_____       _____
DATE       Richard P. Matsch, Senior Judge